

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00593-CV

Alvin M. **BURNS** and I.M. Burns,
Appellants

v.

**DIMMIT COUNTY, TEXAS**, Hakim Dermish, Roberto L. Ramirez, Edward Dryden, Eusebio
Cantu Torres, Eusebio Torres, Jr., Gladiator Energy Services, LLC, Hope Balderas, Juan
Morales Balderas, and Lucia Balderas Lopez,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date:

- That portion of the judgment declaring that an easement appurtenant to the Rectangle exists which permits its fee simple owner the right to use Townsite streets and alleys to install, access, maintain and repair water lines/pipelines beneath such streets and alleys is REVERSED. Judgment is RENDERED declaring that no such easement appurtenant exists.

- That portion of the judgment declaring that Merle retains the right to use the existing pipelines, as reflected in the Pipeline Easement Transfer, for his own personal and agricultural use purposes is REVERSED. The judgment is MODIFIED to omit the language, "with the sole exception that Merle alone retains the right to use such then-existing water lines/pipelines for his own personal and agricultural use purposes, which use does not extend to supplying or delivering water to third parties for oil field fracking or oil well operations." The remainder of the declaration—"that Merle and Alvin do not own, hold or possess any right, license, or privilege to use or enjoy any of the then-existing

---

[1] Judge David Peeples sitting by assignment.

water lines/pipelines identified in the Pipeline Easement Transfers for any purpose whatsoever including supplying or delivering water for public use"— is AFFIRMED.

- That portion of the judgment finding that Merle conveyed to CWSC ownership of the existing physical water lines or pipelines is REVERSED. The statement that "Merle assigned to CWSC his ownership in, and right to use and possess, the pipeline easements and water lines/pipelines along and adjacent to specific Townsite streets and alleys as reflected by the Pipeline Easement Transfer" is MODIFIED to omit the phrase "ownership in."

- That portion of the judgment awarding damages to Ramirez, Dryden, and Dermish for tortious interference with prospective contract is REVERSED. Judgment is RENDERED that Ramirez, Dryden, and Dermish take nothing on that claim.

- That portion of the judgment awarding attorney's fees to Dermish is REVERSED. Judgment is RENDERED that Dermish take nothing on that claim.

- The judgment is otherwise AFFIRMED.

SIGNED May 15, 2019.

_____
Rebeca C. Martinez, Justice